# In the United States Court of Federal Claims

No. 15-1217C & No. 16-1181C
**CONSOLIDATED**
(Filed: May 2, 2018)

|  |  |
|---|---|
| STRAUGHAN ENVIRONMENTAL, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| INTEGRATED MISSION SUPPORT SERVICES, LLC, | ) ) ) |
| Defendant-Intervenor. | ) ) |

**ORDER DISMISSING CONSOLIDATED CASES**

The court is in receipt of the United States and Straughan Environmental Inc.'s ("Straughan") joint stipulation of dismissal with prejudice (ECF No. 131), of the above-captioned consolidated cases, filed April 30, 2018. The joint stipulation has been filed following the court's grant of judgment on the administrative record for plaintiff which authorized bid preparation costs but denied injunctive relief. In their joint stipulation the United States and Straughan have agreed that each of them will bear their own costs, attorney fees, and expenses.[1]

---

[1] The defendant-intervenor was not a party to Straughan's request for bid preparation costs.

Based on the joint stipulation, the Clerk is **DIRECTED** to enter judgment dismissing these consolidated cases consistent with the joint stipulation.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge
